IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| TOBY KERSHNER, | ) | |
|---|---|---|
| Plaintiff, | ) | Civil Action No. 7:14cv00177 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| GINGER DECHANT, | ) | By: Michael F. Urbanski |
| Defendant. | ) | United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby **ORDERED** that this action is **DISMISSED** without prejudice for failure to state a claim and this matter is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this order and the accompanying memorandum opinion to plaintiff.

Entered: June 23, 2014

*/s/ Michael F. Urbanski*

Michael F. Urbanski
United States District Judge